UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT FIGUEROA,

      Plaintiff,

 -against-

JANET NAPOLITANO, Secretary, U.S.
Department of Homeland Security,

      Defendant.
------------------------------------------------------------X

ORDER ADOPTING REPORT
AND RECOMMENDATION

11-CV-2087
(WFK) (RML)

**KUNTZ, United States District Judge**

  This Court has reviewed the Report and Recommendation of Magistrate Judge Robert M. Levy, dated August 3, 2012, addressing the Motion for Leave to Amend the Complaint by Plaintiff Robert Figueroa ("Plaintiff"). No objections have been filed. This Court hereby adopts the Report and Recommendation in its entirety.

  Plaintiff's Motion for Leave to Amend the Complaint to add allegations of discriminatory conduct that purportedly occurred after his complaint was filed is DENIED without prejudice. Plaintiff may file a new action after he exhausts his administrative remedies with respect to the new claims he wishes to add provided the new action is timely filed.

**SO ORDERED**

Dated: Brooklyn, New York
   August 24, 2012

                  s/WFK

                  HON. WILLIAM F. KUNTZ, II
                  United States District Judge