UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD FIGUEROA,<br><br>                                        Plaintiff,<br><br>         v.<br><br>JEH JOHNSON, Secretary,<br>U.S. Department of Homeland Security,<br><br>                                        Defendant. | **NOTICE OF MOTION**<br><br>Civil Action No. CV-11-2087<br>(Kuntz, J.)<br>(Levy, M.J.) |

**PLEASE TAKE NOTICE** that the September 22, 2014 Declaration of Seth D. Eichenholtz, with exhibits, the September 9, 2014 Declaration of Andrew Reena, with exhibits, Defendant's Statement Pursuant to Local Civil Rule 56.1, and the accompanying memorandum of law dated September 22, 2014, and upon all prior pleadings and proceedings herein, Defendant Jeh Johnson[1] will move this Court before the Honorable William F. Kuntz, United States District Judge, at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, for summary judgment pursuant to Federal Rule of Civil Procedure 56.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's September 2, 2014 Order, Plaintiff's opposition papers, if any, should be served upon Defendant no later than November 24, 2014.

---

[1] The Honorable Jeh Johnson is the current Secretary of Homeland Security, having taken office on December 23, 2013.  He is automatically substituted for Janet Napolitano as the named official defendant.  See Fed. R. Civ. P. 25(d)(1).

–2–

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's September 2, 2014 Order, Defendant's reply papers, if any, should be served on Plaintiff no later than December 23, 2014.

Dated:       Brooklyn, New York
               September 22, 2014

                                      LORETTA E. LYNCH
                                      United States Attorney
                                        Eastern District of New York
                                        *Attorney for Defendant Johnson*
                                        271 Cadman Plaza East, 7th Floor
                                        Brooklyn, New York  11201

                              By:      /s/
                                        Seth D. Eichenholtz
                                        Assistant United States Attorney
                                        (718) 254-7036
                                        Seth.Eichenholtz@usdoj.gov

cc:      Alan E. Wolin, Esq.
          *Attorney for Plaintiff*
          Wolin & Wolin, Esqs
          420 Jericho Turnpike, Suite 215
          Jericho, NY 11753